RECEIVED
DEC 3 0 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| GERALD GUILLORY | CIVIL ACTION NO. 07-1578 |
| VERSUS | SECTION P |
| GARY FONTENOT, ET AL. | CHIEF JUDGE HAIK |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 29 day of December, 2008.

RICHARD T. HAIK, SR.
CHIEF JUDGE